Appeal of John Hancock Insurance Company, Participant.

No. 87 MAP 2002.

Supreme Court of Pennsylvania.

Aug. 29, 2002.

**ORDER**

PER CURIAM.

AND NOW, this 29th day of August, 2002, the above-captioned appeal is quashed as a non-appealable interlocutory order.

■

LARRY PITT ASSOCIATES, P.C., and Larry Pitt, Esquire, Petitioners,

v.

Johnny BUTLER, Sec. Dept. Labor & Industry, and Richard Thompson, Dir. Pennsylvania Bureau of Worker's Compensation, Respondents.

Supreme Court of Pennsylvania.

Sept. 5, 2002.

**ORDER**

PER CURIAM.

AND NOW, this 5th day of September, 2002, the Order of the Commonwealth court dated October 30, 2001 is AFFIRMED.